FILED

DEC 0 6 2005

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| GEORGE A. SINGH, JR., ) | No. 4-05-bk-02601-JMM |
| ) | |
| ) | **ORDER** |
| Debtor. ) | |
| | (Opinion to Post) |

The Debtor has filed a motion to avoid lien of Wachovia Bank (Docket #16). The Debtor's Motion was served at the domestic addresses of Wachovia Bank,, but not on the statutory agent. Nor is the court persuaded that the party upon whom the motion was served actually received it, or was authorized to receive service for the corporation.

FED. R.CIV. P. 4(h) provides that:

> Unless otherwise provided by federal law, service upon a domestic or foreign corporation or upon a partnership or other unincorporated association that is subject to suit under a common name, and from which a waiver of service has not been obtained and filed, shall be effected:
>
> (1) in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant . . . .

h:\wp\orders\

The court finds that the motion to avoid lien of Wachovia Bank was not served in accordance with FED. R.CIV P.. 4(h)(1). Accordingly,

IT IS ORDERED that the motion to avoid lien of Wachovia Bank is DENIED without prejudice.

DATED: December **6**, 2005.

_____
JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below this 6th day of December, 2005, upon:

James J. Gentile
James J. Gentile PC
5355 W. Chandler Blvd., Suite #7
Chandler, AZ 85226
Email jjg@azlawyer.net

Ronald Ancell
1721 W. Klamath Dr.
Tucson, AZ 85704
Email rancell@epitrustee.com

Pite & Duncan & Melmet
Attention David McAllister
P.O. 12289
El Cajon, CA 92022-2289
Email dmcallister@piteduncan.com

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
U.S. Mail

Wachovia Bank
4299 NW 32nd Street
Miami Springs, FL 33166
U.S. Mail

By _____
Judicial Assistant

h:\wp\orders\ 2

Case 4:05-bk-02601-JMM    Doc 26    Filed 12/06/05    Entered 12/07/05 09:34:58    Desc
Main Document    Page 2 of 2